**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **STADIUM ENTERPRISES, LTD.** | § | Case No. 06-10047-FM-7 |
| **LONGHORN LIMITED** | § | |
| | § | |
| | § | |
| Debtor(s). | § | |

**TRUSTEE'S REPORT OF UNCLAIMED DIVIDEND**

More than ninety (90) days have passed since the final distribution, and the dividend payable to the creditor) listed on Exhibit "A" hereto remain unclaimed. Pursuant to Bankruptcy 3011 as applicable and 11 U.S.C. 347, the undersigned trustee remits herewith his check in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, <u>et seq</u>).


Dated:  January 5, 2010          /s/ RANDOLPH N. OSHEROW
                                 RANDOLPH N. OSHEROW, Trustee
                                 State Bar No. TX15335500
                                 342 West Woodlawn, Suite 100
                                 San Antonio, TX  78212
                                 (210) 738-3001

## EXHIBIT "A"

Unclaimed Dividends

| **Name and Address** | **Claim No.** | **Amount** |
|---|---|---|
| DVD Marketing, Inc.<br>7791 Cooper Road, Suite F<br>Cincinnati, OH 45242 | 18 | 1,754.91 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: §
§
**STADIUM ENTERPRISES, LTD.** § Case No. 06-10047-FM-7
**LONGHORN LIMITED** §
§
§
Debtor(s). §

## CERTIFICATE OF MAILING

I certify that a copy of: DEPOSIT OF UNCLAIMED DIVIDENDS was mailed to the below named persons, by first class mail, on this the 5th day of January, 2010.

Address(es):

UNITED STATE TRUSTEE
903 San Jacinto
Suite 230
Austin, TX 78701

DEBTOR
STADIUM ENTERPRISES, LTD.
13284 POND SPRINGS ROAD
SUITE 202
AUSTIN, TX 78729

ATTORNEY FOR DEBTOR
HOHMANN, TAUBE & SUMMERS, L.L.P.
100 CONGRESS AVE., SUITE 1800
AUSTIN, TX 78701

CREDITORS
DVD Marketing, Inc.
7791 Cooper Road, Suite F
Cincinnati, OH 45242

    Respectfully submitted by:

    /s/ RANDOLPH N. OSHEROW
    RANDOLPH N. OSHEROW, 7 Trustee
    342 West Woodlawn, Suite 100
    San Antonio, TX 78212
    (210) 738-3001