# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **HARDWOOD P-G, LITIGATION TRUST** | § | Case No. 06-50057-LC-11 |
| aka **CUSTOM FOREST PRODUCTS** | § | |
| | § | |
| | § | |
| Debtor(s). | § | |

## REPORT OF UNCLAIMED DIVIDEND

More than ninety (90) days have passed since the final distribution, and the dividend payable to the creditor listed on Exhibit "A" hereto remain unclaimed. Pursuant to Bankruptcy 3011, as applicable and 11 U.S.C. 347(a), the undersigned trustee remits herewith his check in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, <u>et seq</u>).

Dated: February 16, 2010         /s/ Randolph N. Osherow
                                 Randolph N. Osherow, Trustee
                                 342 West Woodlawn, Suite 100
                                 San Antonio, TX  78212
                                 (210) 738-3001


## EXHIBIT "A"

Unclaimed Dividends

| **Name and Address** | **Claim No.** | **Amount** |
|---|---|---:|
| CITY OF OIL CITY<br>21 SENECA STREET<br>OIL CITY, PA 16301 | | 3,775.42 |
| Total: | | 3775.42 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### San Antonio Division

In re:                                    §
                                          §
**HARDWOOD P-G, LITIGATION TRUST**        §
aka CUSTOM FOREST PRODUCTS                §
                                          §
                                          §
           Debtor(s).                     §    Case No. 06-50057-LC-11

## CERTIFICATE OF MAILING

I certify that a copy of: DEPOSIT OF UNCLAIMED DIVIDENDS was mailed to the below named persons, by first class mail, on this the 17th day of February, 2010.

Address(es):

U.S. TRUSTEE
P. O. BOX 1539
SAN ANTONIO, TEXAS  78295-1539

DEBTOR
HARDWOOD P-G, LITIGATION TRUST

CREDITORS

CITY OF OIL CITY
21 SENECA STREET
OIL CITY, PA 16301

                                   Respectfully submitted by:

                                   /s/ Randolph N. Osherow
                                   Randolph N. Osherow, Chapter 11 Trustee
                                   342 West Woodlawn, Suite 100
                                   San Antonio, TX  78212
                                   (210) 738-3001